## MICHAEL DOUSMAN *versus* BENJAMIN CHITTENDEN

JOURNAL ENTRIES (1817–21): *Journal 2:* (1) Rule to return writ, appearance *p. 529; (2) continued *p. 674. *Journal 3:* (3) Rule for nonsuit *p. 157.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 46, c. 1.

## DAVID WILSON *versus* JOHN W. VANCE AND SAMUEL VANCE

JOURNAL ENTRIES (1817–19): *Journal 2:* (1) Rule to return writ *p. 529; (2) continued *p. 674; (3) discontinued, judgment *p. 723.
PAPERS IN FILE: (1) Precipe for process.
*Office Docket*, MS p. 43½, c. 5.

## MICHAEL DOUSMAN *versus* JAMES W. BIDDLE

JOURNAL ENTRIES (1817–19): *Journal 2:* (1) Rule to return writ *p. 529; (2) bond cancelled *p. 531; (3) rule to declare *p. 595; (4) appearance *p. 663; (5) non pros., judgment *p. 674.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) bail bond.
*Office Docket*, MS p. 46, c. 2.

## PIERRE EDAM *versus* BATISTE PROUX

JOURNAL ENTRIES (1817): *Journal 2:* (1) Settled *p. 529.
PAPERS IN FILE: (1) Affidavit of Pierre Edam; (2) capias and return.
*Office Docket*, MS p. 46, c. 3.